UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANTONIO JOSEPH MCKENDALL                CIVIL ACTION

VERSUS                                  NO: 08-1719

ST. TAMMANY PARISH JAIL, ET AL.         SECTION: "S" (4)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Plaintiff, Antonio Joseph McKendall's claims are hereby **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1).

New Orleans, Louisiana, this 28th day of April, 2009.

**UNITED STATES DISTRICT JUDGE**